[No. 2138-1.   Division One.   June 24, 1974.]

GLENN CHARLES TOMAN, *Appellant*, v. CARL JARVIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 737211, Robert A. Jacques, J., entered January 15, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Callow, JJ.

[No. 868-3.   Division Three.   June 24, 1974.]

ORVILLE E. FLERCHINGER *et al., Respondents*, v. DONALD E. WARD *et al., Appellants*.

Appeal from a judgment of the Superior Court for Asotin County, No. 12101, Patrick McCabe, J., entered May 21, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1016-2.   Division Two.   June 25, 1974.]

WEST COVE, INC., *Respondent*, v. ROGER SWEET *et al., Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 211498, James V. Ramsdell, J., entered February 26, 1973. *Affirmed in part and reversed in part* by unpublished opinion per Armstrong, J., concurred in by. Pearson, C.J., and Petrie, J.

[No. 1181-2.   Division Two.   June 25, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HANDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 3765, Gerald B. Chamberlin, J., entered July 13, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.